IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL M. KAUL, II,
    Plaintiff,

vs.                                        Case No. 3:09cv513/RV/MD

DAVID MORGAN, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk. Plaintiff commenced this action on November 17, 2009 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). Plaintiff failed to pay the filing fee or file a motion to proceed *in forma pauperis* and was given thirty (30) days in which to do so (doc. 3). After receiving no response or explanation from plaintiff, the court entered an order requiring plaintiff to show cause, within twenty-one (21) days, why this cause should not be dismissed for his failure to comply with an order of the court (doc. 4). To date, plaintiff has failed to respond or explain his inability to do so.

       Accordingly, it is respectfully RECOMMENDED:

       That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

       DONE AND ORDERED this 3rd day of March, 2010.

/s/ *Miles Davis*
        MILES DAVIS
        UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** ***United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**